IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**QUINTIN LEE ALONZO**
*Petitioner*

v.

**RICK THALER**,
Director, Texas Department of
Criminal Justice,
Institutional Division
*Respondent*

No. 3:07-cv-399-O-BH
Referred to U.S. Magistrate Judge

**PETITIONER'S EXHIBIT LIST**

<u>Exhibit List</u>

1. Entire trial file of Carl Hays in cause numbers, F01-74583-L, F01-74561-L, and F-0174559-L.

2. Document Production of Dallas Police Department:
   Complete offense report with all supplements, photo lineups of any suspects, witness statements, all reports from SWIFS (Forensic) Prosecution Report, and any other reports regarding arrestee: ALONZO, Quintin Lee

3. Complete Prosecutor's file(s) in cause numbers F-01-74561, F01-74583, F01-74559

4. Copy of the paysheet for the investigative services by E. John Rosa in cause numbers F01-74583.

5. Letter from William Biggs to Carl Hays Requesting Trial File

5. Trial File of Carl Hays provided upon request to Federal Public Defender

6. Trial File of Carl Hays that Hays provided to Attorney General. Attorney General Then Provided to Federal Public Defender.

Respectfully submitted,

/s/ William R. Biggs
**William R. Biggs**
Assistant Federal Public Defender
Federal Public Defenders Office
525 Griffin Street, Suite 629
Dallas, Texas  75202
214.767.2746
214.767.2886
Texas Bar No. 24052832
William_Biggs@fd.org
Attorney for Quintin Lee Alonzo

## CERTIFICATE OF SERVICE

I, William R. Biggs, counsel for Petitioner, hereby certify that on Thursday, March 25, 2010, a copy of the response was served via ECF to Jon R. Meador, counsel for Respondent.

/s/ William R. Biggs
**William R. Biggs**
Assistant Federal Public Defender