UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **QUINTIN LEE ALONZO,** § § § Petitioner, § § v. § § **RICK THALER,** § § Director, Texas Department of Criminal § Justice, Correctional Institutions Division § § Respondent. | **CIVIL ACTION NO.** **3:07-CV-00399-O-BH** Referred to U.S. Magistrate Judge |

## ORDER

On this 25th day of June, 2010, Petitioner's Unopposed Motion for Leave to Amend is His Petition So That It Also Challenges His Related Aggravated Assault Convictions, Cause Nos. F01-74559-HL and F01-74561-HL, is hereby:

\_\_\_\_X\_\_\_\_  GRANTED to the extent that the petition does not already challenge Petitioner's aggravated assault convictions in cause nos. F01-74559-HL and F01-74561-HL.

_____  DENIED.

SO ORDERED.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1