**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **QUINTIN LEE ALONZO,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| v. § | **CIVIL ACTION 3:07-CV-399** |
| § | |
| **RICK THALER,** § | |
| **Director, Texas Department of** § | |
| **Criminal Justice, Correctional** § | |
| **Institutions Division,** § | |
| § | |
| **Respondent.** § | |

## JUDGMENT

The Court has entered its Order Accepting in part and Denying in part the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore **ORDERED, ADJUDGED AND DECREED** that Quintin Lee Alonzo's petition for writ of habeas corpus should be and is hereby **DENIED** and this case is **DISMISSED** with prejudice.

**SO ORDERED** on this **12th** day of **August, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**