IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUINTIN LEE ALONZO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION 3:07-CV-399 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

ORDER OF THE COURT ON
CERTIFICATE AS TO APPEALABILITY

This is a habeas corpus case in which the detention complained of arises out of process issued by a state court. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is hereby **DENIED**.

REASONS FOR DENIAL: For the reasons stated in the Court's Order accepting in part and denying in part the Recommendation of the United Magistrate Judge, which the Court hereby adopts and incorporates by reference, the Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

**SO ORDERED** this **12th** day of **August, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**