UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUINTIN LEE ALONZO, | § | |
| Petitioner | § | |
| | § | |
| v. | § | 3:07-CV-399-O |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| | § | |
| Respondent | § | |

## Petitioner's Notice of Appeal

Notice is hereby given pursuant to Rules 3 and 4(a) of the Federal Rules of Appellate Procedure that Gregory Barnett Griggs, Petitioner in the above-styled case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action.

Respectfully submitted,

RICHARD A. ANDERSON
Federal Public Defender
Northern District of Texas

BY:  _/s/ William R. Biggs_____
WILLIAM R. BIGGS
Asst. Federal Public Defender
TX State Bar No. 24052832
819 Taylor Street, Room 9A10
Fort Worth, TX  76102-6114
(817) 978-2753

## <u>CERTIFICATE OF SERVICE</u>

I, William R. Biggs, hereby certify that on August 31, 2011, a copy of the foregoing notice of appeal was delivered via ECF to Jon R. Meador at charles.palmer@oag.state.tx.us .

/s/ William R. Biggs
WILLIAM R. BIGGS