## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| QUINTIN LEE ALONZO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:07-cv-399-O |
| WILLIAMS STEPHENS, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and of Petitioner's objections thereto, the Court is of the opinion that the findings of fact and conclusions of law set forth in the Recommendation of the Magistrate Judge are correct in that Petitioner's Rule 60(b) Motion to Reopen the Case should be construed as a successive habeas petition.

Petitioner has filed objections to the Magistrate Judge's Recommendation and has asked to withdraw his Motion to Reopen the Case. *See* Objections, ECF No. 105. Upon consideration, the Court will grant Petitioner's motion to withdraw the motion to reopen, which the Court construes as a successive habeas petition.

Accordingly, Petitioner's Motion to Withdraw (ECF No. 105) is **GRANTED** and the Motion to Reopen Habeas Case (ECF No. 103) is **DISMISSED**.

Reed O'Connor
_____
UNITED STATES DISTRICT JUDGE